# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of October, two thousand twenty-two,

Before:    John M. Walker, Jr.,
              Robert D. Sack,
              Susan L. Carney,
                  *Circuit Judges,*

_____

Rafiq Sabir, James J. Conyers,

        Plaintiffs - Appellees,

v.

D.K. Williams, in her individual and official capacity as Warden of FCI Danbury, Herman Quay, in his individual capacity,

        Defendants - Appellants,

Mark S. Inch, Director of Federal Bureau of Prisons, Thomas R. Kane, Director of Federal Bureau of Prisons, Hugh J. Hurwitz, in his individual capacity as Director of the Federal Bureau of Prisons,

        Defendants.

**AMENDED JUDGMENT**

Docket Nos. 19-3575

_____

    The appeal in the above captioned case from a judgment of the United States District Court for the District of Connecticut was argued on the district court's record and the parties' briefs. Upon consideration thereof,

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the District Court is AFFIRMED.

                          For the Court:
                          Catherine O'Hagan Wolfe,
                          Clerk of Court

